UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THOMPSON,

     Plaintiff,

                                     Case No. 24-cv-11963

v.                                   Hon. Matthew F. Leitman

ADAM KANDULSKI, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the Court's order (ECF No. 55) dated July 31, 2025:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Adam Kandulski, Anjanette Kemp, Barbara Hoover (f/k/a Barbara Bien), and Valerie Dye, and against Plaintiff Michael A. Thompson.

**IT IS SO ORDERED.**

                         KINIKIA ESSIX
                         CLERK OF COURT

                   By:   s/Holly A. Ryan
                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 31, 2025
Detroit, Michigan